UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:10-CV-24620-DLG

_____
                                            :
**SECURITIES AND EXCHANGE**                 :
**COMMISSION,**                             :
                                            :
      **Plaintiff,**                        :
                                            :
      **v.**                                :
                                            :
**ALCATEL-LUCENT, S.A.,**                   :
                                            :
      **Defendant.**                        :
_____ :

**PLAINTIFF'S NOTICE OF PENDING, REFILED,
RELATED OR SIMILAR ACTION**

    Pursuant to Local Rule 3.8 of the United States District Court for the Southern District of Florida, plaintiff Securities and Exchange Commission hereby gives notice that the above captioned action involves subject matter which is a material part of the subject matter of *U.S. v. Sapsizian,* Criminal Action No. 06-CR-20797-PAS.

    The cases involve many of the same or similar operative facts and allegations of violations of the Foreign Corrupt Practices Act.

Dated:   December 27, 2010          Respectfully submitted,

                                          s/ Robert K. Levenson
                                          Robert K. Levenson
                                          Florida Bar No. 0089771
                                          Regional Trial Counsel
                                          U.S. Securities and Exchange Commission
                                          801 Brickell Avenue, Suite 1800
                                          Miami, Florida 33131
                                          (305) 982-6341 (direct dial)
                                          (305) 536-4154 (facsimile)
                                          levensonr@sec.gov

Thierry Olivier Desmet
Florida Bar No. 0143863
Assistant Regional Director, FCPA Unit
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6374 (direct dial)

Ernesto Palacios
Florida Bar No. 0529168
Senior Counsel, FCPA Unit
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6306 (direct dial)