

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
801 BRICKELL AVENUE, SUITE 1950
MIAMI, FLORIDA 33131

MIAMI
REGIONAL OFFICE

**DIVISION OF ENFORCEMENT**

ROBERT K. LEVENSON
SENIOR TRIAL COUNSEL
DIRECT DIAL: (305) 982-6341
EMAIL: LEVENSONR@SEC.GOV

August 17, 2021

Ms. Angela E. Noble
Clerk of the Court
United States District Court, Southern District of Florida
400 N. Miami Avenue, Room 8N09
Miami, FL  33128-7716

Re: *SEC v. Alcatel-Lucent, SA*, Case No. 1:10-cv-24620-DLG

Dear Ms. Noble:

    I write in response to your letter of August 13, 2021, regarding a conflict recently discovered by Judge Graham in the above-referenced case. We appreciate the notification and information, but do not believe any further action is required in the case.

    Please don't hesitate to contact me if you have additional questions or need additional information.

    Sincerely,

    s/Robert K. Levenson
    Robert K. Levenson
    Senior Trial Counsel